**STATEMENT OF FACTS**

Leading up to April 7, 2011, Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C.  In that capacity, Detective Palchak ("UC") previously registered as a member and created an online profile on a predicated social network site which, based on the UC's experience and information gathered from other sources, is a site frequented by individuals that have a sexual interest in children.

On April 7, 2011, at approximately 10:35 a.m., an individual using the screen name "PervedDCPartyPig" sent a private email message to the UC through the predicated social network site.  In his initial email, "PervedDCPartyPig" – who was later identified as the defendant, Samuel Rankin – used the subject line, "OINK," in response to the UC's message on the public message board inquiring about any "active pervs in D.C.," and the UC's noted interest in "yng" as part of his online profile.  In his email, the defendant stated, "[H]ey fuc[]ker . . . hot pic and profile . . . got boned up just reading it and thinking about all the possibilities."  When the UC responded that he was a "ped perv . . . into very taboo," the defendant responded "into it the same way."

As the online email exchange continued on April 7, 2011, the UC posed as an individual that had sexual access to a 12-year-old boy, and asked the defendant if he was into "real time or not" – to which the defendant responded that he had "not actually done any real time yet . . . but would be into it with you . . . if you are sincerely offering me the opportunity."  In a subsequent email message, the defendant inquired as to whether the purported child used drugs as well and noted that he has "fantasies about getting a kid fucked up on meth and using his holes for my pleasure."  The defendant further described his excitement about the UC's "very generous offer" and explained that he "would be stupid not to take you up on your offer . . . count me in . . .I want to have this experience and it seems to me you are the one to get me started down the path of reality on this one."  As the online discussion continued and the UC sought to clarify the defendant's intentions, the defendant responded, "not to worry this is not just about getting high . . . getting high will simply help me to act out my fantasies more easily."  The defendant also noted that he wanted to "see how the meth affects his little boy body . . . so fuckin horned for it . . . I will definitely be into taking turns seeding/raping his boy cunt and skull fuckin him."  The defendant also noted that he lives in Bethesda, MD, introduced himself as "Sam" and provided his cell phone number.

During the course of the email exchange on April 7, 2011, the defendant and the UC made arrangements to meet on Thursday, April 14, 2011, after which the defendant discussed the possibility of meeting sooner – noting that he wanted to be in "all of [the purported child's] holes."  In discussing the time of the arranged meeting, the defendant asked, "[T]hen we are gonna rape his little boy holes . . . does he have pubes??"  The defendant also noted his frustration with having to wait a week for the meeting with the purported child, but noted, "[T]his will give me a whole week of building it up . . . and thinking about how I am going to feel with my poz cock in his tight rawboycunt . . . and it will feel to have his little boy throat gagging on my cock as I throb it in his throat causing him to gasp and fight for air as I hold him down on my demon pig daddy dick . . . ."  The defendant also asked the UC to provide him with "some good source material" relating to prior sexual acts with the purported child, noting his desire to masturbate and stating, "[I] want to hear it all . . . details details details . . . remember this is gonna be my first load associated with this boy . . ."

On April 8 and April 9, 2011, the defendant and the UC engaged in additional exchanges of email messages on the same predicated social network site. The defendant noted his excitement to "finally have this experience for real" with the UC and the purported child. He also noted that he could not "stop thinking about the both of you and [T]hursday . . .please tell me this isn't all a dream." He also discussed the possibility of smoking drugs together with the UC and/or the purported child.

The defendant and the UC continued their online exchange on April 11 and 13, 2011. In various email messages with a subject line "can't wait", the defendant continued to note his excitement about the meeting on April 14, 2011, and indicated that he would be coming to the pre-arranged location in Washington, D.C. via Metro. The defendant also suggested "lighting up" upon his arrival and again once the purported child arrives – noting specifically, "[S]o fuckin hot to get him hi on meth . . . such twisted thoughts and ideas are racing through my mind . . . OINK."

On Thursday, April 14, 2011, at approximately 4:50 p.m., the defendant was arrested at the pre-arranged location without incident. The defendant was transported to the FBI for processing. The defendant produced a Maryland driver's license bearing the name "Samuel James Rankin." A search incident to the defendant's arrest recovered, among other items, a bag containing rope, rolls of tape, chains, padlocks, lubricant, razors, condoms, needles, a pipe, clothespins and various sex toys including what are commonly referred to as "cock rings" and "anal plugs." Also recovered from around the defendant's neck was a black rope tied in the form of a noose, which the defendant tightened and asked, "You like that?" when commented upon by the UC.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this _____ day of April, 2011.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge